# Notice Recipients

District/Off: 1126–2     User: admin     Date Created: 11/15/2021
Case: 21–01942–DSC7     Form ID: 318     Total: 20

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | C Taylor Crockett | taylor@taylorcrockett.com |
| aty | Mark W. Lee | mlee@pljpc.com |
| aty | Michael A. Harrison | mharrison@keygreer.com |
| aty | Steven D Altmann | steve@nomberglaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Daniel Benjamin Snyder | 3358 Rosemary Lane | Birmingham, AL 35216 | |
| tr | James G Henderson | 1210 Financial Center | 505 N. 20th Street | Birmingham, AL 35203–4662 |
| cr | Bobby Wells | c/o Daniel J. Burnick, Esq. | 3179 Green Valley Rd. #205 | Birmingham, AL 35243 |
| smg | Thomas Corbett | BA Birmingham | 1800 5th Avenue North | Birmingham, AL 35203 |
| 10719127 | ALAGASCO | P.O. Box 2224 | Birmingham, AL 35246 | |
| 10719125 | Avadian Credit Union | P.O. Box 360287 | Birmingham, AL 35236–0287 | |
| 10719128 | Bobby Wells | c/o Daniel J. Burnick, Esq. | 3179 Green Valley Rd, #205 | Birmingham, AL 35243 |
| 10719129 | Citicards CBNA | 5800 South Corporate Place | Sioux Falls, SD 57108 | |
| 10719126 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| 10719130 | JPMCB Card Servcies | P.O. Box 15369 | Wilmington, DE 19850 | |
| 10719135 | Marcus Wesley Lee, Esq. | Kendall Ann Lee, Esq. | P.O. Box 661228 | Birmingham, AL 35266 |
| 10719131 | Marina Stewart–Magee for the Estate of | Albina Agdasovna Sharifullina | 4104 Melanie Drive | Moody, AL 35004 |
| 10719132 | NASA FCU | 4705 Queensbury Road | Riverdale, MD 20737 | |
| 10719133 | Small Business Administration | 2 North 20th Street | Suite 320 | Birmingham, AL 35203 |
| 10719136 | U.S. Attorney | Northern District of Alabama | 1801 Fourth Avenue N | Birmingham, AL 35203 |
| 10719134 | U.S. Dept of Education/OSLA Srv | 525 Central Park Drive | Suite 600 | Oklahoma City, OK 73105 |

TOTAL: 16