# Notice Recipients

District/Off: 1126–2     User: admin     Date Created: 12/30/2021
Case: 21–01942–DSC7     Form ID: pdfsty     Total: 11

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | James G Henderson | jhendersontrustee@outlook.com |
| aty | C Taylor Crockett | taylor@taylorcrockett.com |
| aty | Daniel Wolter | dwolter@wolterlawfirm.com |
| aty | Mark W. Lee | mlee@pljpc.com |
| aty | Michael A. Harrison | mharrison@keygreer.com |
| aty | Steven D Altmann | steve@nomberglaw.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Daniel Benjamin Snyder | 3358 Rosemary Lane | Birmingham, AL 35216 | |
| cr | Bobby Wells | c/o Daniel J. Burnick, Esq. | 3179 Green Valley Rd. #205 | Birmingham, AL 35243 |
| smg | Thomas Corbett | BA Birmingham | 1800 5th Avenue North | Birmingham, AL 35203 |
| 10719135 | Marcus Wesley Lee, Esq. | Kendall Ann Lee, Esq. | P.O. Box 661228 | Birmingham, AL 35266 |
| 10719131 | Marina Stewart–Magee for the Estate of | Albina Agdasovna Sharifullina | 4104 Melanie Drive | Moody, AL 35004 |

TOTAL: 5